IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
           Plaintiff,         )         8:12CV124
                              )
      v.                      )
                              )
T-MOBILE USA, INC.,           )         ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on plaintiff's "motion to withdraw its motion to compel defendant T-Mobile USA Inc., without prejudice motion" (Filing No. 153). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Its motion (Filing No. 147), the related brief (Filing No. 148) and the index of evidence (Filing No. 149) are deemed withdrawn without prejudice.

DATED this 15th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court