IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV126 |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP d/b/a | ) | ORDER |
| VERIZON WIRELESS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

These matters are before the Court on the respective defendant's motions to modify Court's scheduling order (Filing No. 218 in 8:12CV124; Filing No. 190 in 8:12CV126).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED:

1) The respective defendant's motions are granted.  The parties shall have until April 11, 2014, to present their opening expert reports.

2) The parties shall have until May 23, 2014, to present their rebuttal expert reports.

3) The close of discovery is extended to June 13, 2014.

DATED this 31st day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court