IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC,           )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>SPRINT SPECTRUM L.P.,               )<br>d/b/a SPRINT PCS,                   )<br>                                    )<br>          Defendant.                )<br>_____) | 8:12CV123 | |
| PRISM TECHNOLOGIES, LLC,           )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>T-MOBILE USA, INC.,                 )<br>                                    )<br>          Defendant.                )<br>_____) | 8:12CV124 | |
| PRISM TECHNOLOGIES, LLC,           )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>UNITED STATES CELLULAR              )<br>CORPORATION, d/b/a U.S.             )<br>CELLULAR,                           )<br>                                    )<br>          Defendant.                )<br>_____) | 8:12CV125 | |
| PRISM TECHNOLOGIES LLC,            )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>CELLCO PARTNERSHIP d/b/a            )<br>VERIZON WIRELESS,                   )<br>                                    )<br>          Defendant.                )<br>_____) | 8:12CV126 | ORDER |

This matter is before the Court on plaintiff's motions for leave to file documents under seal (Filing No. 234 and Filing No. 238 in 8:12CV123; Filing No. 247 and Filing No. 251 in 8:12CV124; Filing No. 227 and Filing No. 231 in 8:12CV125; and Filing No. 217 and Filing No. 221 in 8:12CV126).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED that the motions for leave to file documents under seal are granted; the documents as enumerated in the motions are filed under seal pending further order of the Court.

DATED this 15th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court