IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT SPECTRUM L.P.,<br>d/b/a SPRINT PCS,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | 8:12CV123 |
| PRISM TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | 8:12CV124 |
| PRISM TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR<br>CORPORATION, d/b/a U.S.<br>CELLULAR,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | 8:12CV125 |
| PRISM TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | 8:12CV126<br><br><br><br><br><br>ORDER |

This matter is before the Court on defendants' second motions to exclude testimony of James E. Malackowski and request for oral argument (Filing No. 336 in 8:12CV123; Filing No. 290 in 8:12CV124; Filing No. 279 in 8:12CV125; and Filing No. 261 in 8:12CV126).  Accordingly,

IT IS ORDERED that oral argument on the motions is scheduled for:

**Wednesday, May 27, 2015, at 2 p.m**.

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 23rd day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court