IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES LLC,

        Plaintiff,

v.

T-MOBILE USA, INC.,

        Defendant.

Civil Action No. 8:12-cv-124-LES-TDT

**Jury Trial Requested In Omaha**

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF PATENT INELIGIBILITY

COMES NOW, Defendant, T-Mobile USA, Inc. ("T-Mobile" or "Movant"), by and through its attorneys of record, and hereby moves the Court for entry of an Order for Summary Judgment in its favor of Patent Ineligibility of U.S. Patent Nos. 8,127,345 and 8,387,155 on the ground that the asserted claims are not patent-eligible under 35 U.S.C. § 101. T-Mobile respectfully requests that the Court determine that the asserted claims of U.S. Patent Nos. 8,127,345 and 8,387,155 are not eligible for patent protection and dismiss Plaintiff's complaint with prejudice.

Defendant's Motion is supported by the Brief and accompanying exhibits and appendices filed contemporaneously herewith.

## **REQUEST FOR ORAL ARGUMENT**

Defendant respectfully requests that the Court hear oral argument on this Motion. Oral argument is necessary to ensure the issues raised by this Motion are fully addressed before the Court. Oral argument will conserve judicial resources. T-Mobile anticipates that two (2) hours would be sufficient to hear the issues raised in this Motion. After consulting with the Court administrator, the Defendant will file an amended request for oral argument with a proposed date certain on which oral argument can be heard.

Dated:  July 17, 2015

By:    s/ Michael T. Hilgers
Michael T. Hilgers (#24483)
Carrie S. Dolton (#24221)
**GOBER HILGERS PLLC**
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: 402.218.2106
Facsimile: 877.437.5755
mhilgers@goberhilgers.com
cdolton@goberhilgers.com

Daniel J. Thomasch (admitted *pro hac vice*)
Josh Krevitt (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel +1 212.351.3800
Fax +1 212.351.6200
DThomasch@gibsondunn.com
JKrevitt@gibsondunn.com

Jordan Bekier (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 S. Grand Ave.
Los Angeles, CA 90071-3197
Tel +1 213.229.7000
Fax +1 213.229.7520
JBekier@gibsondunn.com

Michael J. Abernathy (admitted *pro hac vice*)
Christopher Hanba (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street
Chicago, IL 60602-4207
Telephone: 312.372.1121
Facsimile: 312.827.8000
mike.abernathy@klgates.com
christopher.hanba@klgates.com

**ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC**.

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2015 true and correct copies of the foregoing were served via the Court's CM/ECF system as follows:

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan, Esq.
Mark A. Baghdassarian, Esq.
Marcus A. Colucci, Esq.
1177 Avenue of the Americas
New York, NY 10001
Tel: 212.715.9100
Fax: 212.715.8000
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
mcolucci@kramerlevin.com

Paul Andre, Esq.
Lisa Kobialka, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com

*Attorneys for Plaintiff*
*Prism Technologies LLC*

**Koley Jessen P.C., L.L.O.**
Michael C. Cox, Esq. (17588)
Daniel J. Fischer, Esq. (22272)
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Tel: 402.390.9500
Fax: 402.390.9005
Mike.cox@koleyjessen.com
Dan.fischer@koleyjessen.com

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
878 Arlington Heights Drive, Suite 400
Brentwood, TN 37027
Tel: 615.712.6580
Fax: 402.578.1447
Aj.bahou@prsmip.com

                                                               s/ Michael T. Hilgers