IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,     )
                             )
            Plaintiff,       )         8:12CV124
                             )
     v.                      )
                             )
T-MOBILE USA INC.,           )         ORDER
                             )
            Defendant.       )
_____)
```

Pursuant to the phone conference held on October 1, 2015.  The Court finds as follows.

IT IS ORDERED:

1) Trial remains scheduled for **October 13, 2015, at 9 a.m.**

2) The witness Ms. Kirti Krishnan shall be deposed unless the parties agree that the previous deposition testimony of the 30(b)(6) witness is binding.

3) Mr. Cameron Byrne is stricken as a witness and shall not be deposed.

DATED this 2nd day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court