IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>          Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.,<br><br>          Defendant. | Civil Action No. 8:12-cv-124-LES-TDT<br><br>**Emergency Motion to Certify Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Pending Resolution of Related Proceedings**<br><br>**Jury Trial Requested In Omaha** |

Pursuant to 28 U.S.C. **§** 1292(b), Defendant T-Mobile USA, Inc. ("T-Mobile"), hereby moves the Court for an order certifying the Court's summary judgment order (Dkt. No. 428) for interlocutory appeal. Specifically, T-Mobile respectfully moves the Court to certify the following question:

> Whether the asserted patent claims, which the Court held are directed to an abstract idea, contain inventive limitations sufficient to confer eligibility under 35 U.S.C. § 101.

Further, pursuant to the Court's inherent authority to control its docket, T-Mobile moves the Court to stay proceedings in this case pending the resolution of that appeal or, alternatively, to stay proceedings in this case pending the resolution of Sprint's post-trial motions and any resulting appeal in *Prism Technologies LLC v. Sprint Spectrum, L.P*.

 Dated:  October 5, 2015

By:     s/ Michael T. Hilgers

Michael T. Hilgers (#24483)
Carrie S. Dolton (#24221)
**GOBER HILGERS PLLC**
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: 402.218.2106

1

Facsimile: 877.437.5755
mhilgers@goberhilgers.com
cdolton@goberhilgers.com

Daniel J. Thomasch (admitted *pro hac vice*)
Josh Krevitt (admitted *pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193
Tel +1 212.351.3800
Fax +1 212.351.6200
DThomasch@gibsondunn.com
JKrevitt@gibsondunn.com

Jordan Bekier (admitted *pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
333 S. Grand Ave.
Los Angeles, CA 90071-3197
Tel +1 213.229.7000
Fax +1 213.229.7520
JBekier@gibsondunn.com

Michael J. Abernathy (admitted *pro hac vice*)
Christopher Hanba (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street
Chicago, IL 60602-4207
Telephone: 312.372.1121
Facsimile: 312.827.8000
mike.abernathy@klgates.com
christopher.hanba@klgates.com

**ATTORNEYS FOR DEFENDANT
T-MOBILE USA, INC**.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2015 true and correct copies of the foregoing were served via the Court's CM/ECF system as follows:

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan, Esq.
Mark A. Baghdassarian, Esq.
Marcus A. Colucci, Esq.
1177 Avenue of the Americas
New York, NY 10001
Tel: 212.715.9100
Fax: 212.715.8000
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
mcolucci@kramerlevin.com

Paul Andre, Esq.
Lisa Kobialka, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com

*Attorneys for Plaintiff*
*Prism Technologies LLC*

**Koley Jessen P.C., L.L.O.**
Michael C. Cox, Esq. (17588)
Daniel J. Fischer, Esq. (22272)
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Tel: 402.390.9500
Fax: 402.390.9005
Mike.cox@koleyjessen.com
Dan.fischer@koleyjessen.com

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
878 Arlington Heights Drive, Suite 400
Brentwood, TN 37027
Tel: 615.712.6580
Fax: 402.578.1447
Aj.bahou@prsmip.com

                                                             s/ Michael Hilgers