```
           IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF NEBRASKA
```

PRISM TECHNOLOGIES, LLC, )
                                      )
            Plaintiff, )               8:12CV124
                                      )
    v. )
                                      )
T-MOBILE USA INC., )                ORDER
                                      )
            Defendant. )
_____)

        This matter is before the Court on T-Mobile's objections to certain exhibits and demonstratives to be used during the direct examination of John B. Minor. After considering the arguments of both parties and the applicable law, the Court finds as follows.

        IT IS ORDERED:

        **TX 106:** Sustained. Minor may rely on the document to form his opinion, but the document is inadmissible.

        **TX 119:** Overruled.

        **TX 126:** Overruled.

        **TX 144:** Overruled.

        **TX 146:** Overruled.

        **TX 156:** Sustained.

        **DM 2:** Overruled.

        **DM 4 slide 1:** Overruled.

**DM 4 slides 2 & 3**: Sustained.  If Prism wishes to use slides 2 & 3, it must not identify either Sprint or AT&T as example carriers.

DATED this 19th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court