IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )           8:12CV124
                              )
      v.                      )
                              )
T-MOBILE USA INC.,            )           ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on T-Mobile's objections to demonstratives to be used during the direct examination of James E. Malackowski. After considering the arguments of both parties and the applicable law, the Court finds as follows.

IT IS ORDERED:

**Slide 8:** Overruled.

**Slide 9:** Overruled.

**Slide 16:** Overruled.

**Slide 18:** Overruled.

**Slide 19:** Sustained. If Prism wishes to use the slide, it must remove "Key Fact" and the last bullet point stating "For 34 months of use."

**Slide 20:** Overruled.

**Slide 24:** Overruled.

**Slide 25:** Overruled.

**Slide 26:** Overruled.

**Slide 27:** Overruled.

**Slide 36:** Overruled.

**Slide 37:** Overruled.

**Slide 38:** Overruled.

**Slide 39:** Sustained.  If Prism wishes to use the slide, it must remove "Key Fact" and the last bullet point stating "For 34 months of use."

**Slide 43:** Overruled.

**Slide 50:** Overruled.

**Slide 52:** Overruled.

**Slide 54:** Overruled.

**Slide 55:** Overruled.

**Slide 57:** Overruled.

**Slide 58:** Overruled.

DATED this 20th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court