IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PRISM TECHNOLOGIES LLC,

          Plaintiff,

  v.

T-MOBILE USA, INC.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No. 8:12-cv-124-LES-TDT

## T-MOBILE'S MOTION FOR CURATIVE RELIEF

Defendant T-Mobile USA Inc., by and through its attorneys, submits the following motion for a curative relief, requesting that the Court permit T-Mobile's expert witness, Mr. Proctor, to testify regarding whether Ms. Krishnan's trial testimony is consistent or inconsistent with his understanding of the facts, and whether those facts were confirmed or not confirmed by the documents he reviewed in this case.

Dated: October 26, 2015

By:   s/ Michael T. Hilgers
Michael T. Hilgers (#24483)
Carrie S. Dolton (#24221)
**GOBER HILGERS PLLC**
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: 402.218.2106
Facsimile: 877.437.5755
mhilgers@goberhilgers.com
cdolton@goberhilgers.com

Daniel J. Thomasch (admitted *pro hac vice*)
Josh Krevitt (admitted *pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193

1

Tel +1 212.351.3800
Fax +1 212.351.6200
DThomasch@gibsondunn.com
JKrevitt@gibsondunn.com

**ATTORNEYS FOR DEFENDANT
T-MOBILE USA, INC**.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2015 true and correct copies of the foregoing were served via the Court's CM/ECF system as follows:

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan, Esq.
Mark A. Baghdassarian, Esq.
Marcus A. Colucci, Esq.
1177 Avenue of the Americas
New York, NY 10001
Tel: 212.715.9100
Fax: 212.715.8000
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
mcolucci@kramerlevin.com

Paul Andre, Esq.
Lisa Kobialka, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com

*Attorneys for Plaintiff*
*Prism Technologies LLC*

**Koley Jessen P.C., L.L.O.**
Michael C. Cox, Esq. (17588)
Daniel J. Fischer, Esq. (22272)
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Tel: 402.390.9500
Fax: 402.390.9005
Mike.cox@koleyjessen.com
Dan.fischer@koleyjessen.com

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
878 Arlington Heights Drive, Suite 400
Brentwood, TN 37027
Tel: 615.712.6580
Fax: 402.578.1447
Aj.bahou@prsmip.com

                                                   s/ Michael Hilgers