IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
          Plaintiff,          )         8:12CV124
                              )
     v.                       )
                              )
T-MOBILE USA INC.,            )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the plaintiff's motion to strike Filing No. 504 from the docket (Filing No. 513). The Court notes an incorrect version of the document was filed, and the correct filing was made (Filing No. 505). Accordingly,

IT IS ORDERED that Prism's motion to strike Filing No. 504 is granted.

DATED this 26th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court