IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,       )
                               )
           Plaintiff,          )              8:12CV124
                               )
    v.                         )
                               )
T-MOBILE USA INC.,             )              ORDER
                               )
           Defendant.          )
_____)
```

      This matter is before the Court on both parties' Federal Rule of Civil Procedure 50(a) motions. No Rule 50 motions have been waived by the parties. However, all Rule 50 motions will be filed electronically and not made orally. Accordingly,

      IT IS ORDERED that all Rule 50 motions shall be filed by noon on October 28, 2015.

      DATED this 28th day of October, 2015.

                                            BY THE COURT:

                                            /s/ Lyle E. Strom
                                            _____
                                            LYLE E. STROM, Senior Judge
                                            United States District Court