FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

DISTRICT OF NEBRASKA

2015 OCT 30  PM 4:56

OFFICE OF THE CLERK

PRISM TECHNOLOGIES LLC,          )
                                 )
                Plaintiff,       )          8:12CV124
                                 )
        v.                       )
                                 )
T-MOBILE USA, INC.,              )          VERDICT FORM
                                 )
                Defendant.       )
_____)

**A. Prism Technologies LLC's ("Prism's) Infringement Claims Against T-Mobile USA, Inc., ("T-Mobile").**

**Question 1:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its <u>4G LTE cellular network?</u>
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

<u>U.S. Patent No. 8,127,345</u>

Claim 1:  YES _____  NO __X__

Claim 77: YES _____  NO __X__

Claim 87: YES _____  NO __X__

<u>U.S. Patent No. 8,387,155</u>

Claim 11: YES _____  NO __X__

Claim 37: YES _____  NO __X__

Claim 56: YES _____  NO __X__

**Question 2:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its <u>3G cellular network?</u>
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

<u>U.S. Patent No. 8,127,345</u>

      Claim 1:  YES _____  NO __X__

      Claim 77: YES _____  NO __X__

      Claim 87: YES _____  NO __X__

      <u>U.S. Patent No. 8,387,155</u>

      Claim 11: YES _____  NO __X__

      Claim 37: YES _____  NO __X__

      Claim 56: YES _____  NO __X__

**Question 3:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its <u>Roaming networks?</u>
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

      <u>U.S. Patent No. 8,127,345</u>

      Claim 1:  YES _____  NO __X__

      Claim 77: YES _____  NO __X__

      Claim 87: YES _____  NO __X__

      <u>U.S. Patent No. 8,387,155</u>

      Claim 11: YES _____  NO __X__

      Claim 37: YES _____  NO __X__

      Claim 56: YES _____  NO __X__

**Question 4:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its <u>IMS Wi-Fi calling network?</u>
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

<u>U.S. Patent No. 8,127,345</u>

Claim 1:   YES _____   NO___ **X**___

Claim 77:  YES _____   NO___ **X**___

Claim 87:  YES _____   NO___ **X**___

<u>U.S. Patent No. 8,387,155</u>

Claim 11:  YES _____   NO___ **X**___

Claim 37:  YES _____   NO___ **X**___

Claim 56:  YES _____   NO___ **X**___

**Question 5:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its <u>UMA Wi-Fi calling network?</u>
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

<u>U.S. Patent No. 8,127,345</u>

Claim 1:   YES _____   NO___ **X**___

Claim 77:  YES _____   NO___ **X**___

Claim 87:  YES _____   NO___ **X**___

<u>U.S. Patent No. 8,387,155</u>

Claim 11:  YES _____   NO___ **X**___

Claim 37:  YES _____   NO___ **X**___

Claim 56:  YES _____   NO___ **X**___

 If you have answered "NO" to all the claims in
questions 1, 2, 3, 4, and 5 then you have concluded your
deliberations and your foreperson should sign and date the
verdict form, and return the verdict to the Court.  If you have
answered "YES" to any claims, continue to Part B below.


**B. T-Mobile's Invalidity Defenses Against U.S. Patent Nos.
8,127,345 and 8,387,155.**

**Question 6:** Did T-Mobile prove by clear and convincing evidence
that any of the following claims of the asserted patents are
invalid because they are anticipated by prior art?  **A "yes" is a
finding for T-Mobile; a "no" is a finding for Prism.**

 <u>U.S. Patent No. 8,127,345</u>

 Claim 1:   YES _____   NO_____

 Claim 77: YES _____   NO_____

 Claim 87: YES _____   NO_____

 <u>U.S. Patent No. 8,387,155</u>

 Claim 11: YES _____   NO_____

 Claim 37: YES _____   NO_____

 Claim 56: YES _____   NO_____

**Question 7:** Did T-Mobile prove by clear and convincing evidence
that any of the following claims of the asserted patents are
invalid because the prior art makes them obvious? **A "yes" is a
finding for T-Mobile; a "no" is a finding for Prism.**

 <u>U.S. Patent No. 8,127,345</u>

 Claim 1:   YES _____   NO_____

 Claim 77: YES _____   NO_____

 Claim 87: YES _____   NO_____

U.S. Patent No. 8,387,155

Claim 11: YES _____ NO_____

Claim 37: YES _____ NO_____

Claim 56: YES _____ NO_____

**Question 8:** Did T-Mobile prove by clear and convincing evidence
that any of the following claims of the asserted patents are
invalid due to lack of adequate written description?  **A "yes" is
a finding for T-Mobile; a "no" is a finding for Prism.**

U.S. Patent No. 8,127,345

Claim 1:  YES _____ NO_____

Claim 77: YES _____ NO_____

Claim 87: YES _____ NO_____

U.S. Patent No. 8,387,155

Claim 11: YES _____ NO_____

Claim 37: YES _____ NO_____

Claim 56: YES _____ NO_____

**Proceed to Part C below if you have found one or more
of the asserted claims to be infringed (Questions Nos. 1-5) AND
that the claim or claims are not invalid (Questions Nos. 6-8).
Otherwise, skip part C, sign and date the verdict form, and
return the verdict to the Court.**

**C. Damages for the Infringement of Prism's Valid Patent Claims**

What sum of money, if any, do you find that Prism has proven by a greater weight of the evidence is adequate to compensate Prism for T-Mobile's infringement of U.S. Patent No.8,127,345 and/or U.S. Patent No. 8,387,155?

$_____

DATED this 30th day of October, 2015.

FOREPERSON