FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2015 OCT 30 PM 4:56
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, Plaintiff, v. T-MOBILE USA, INC., Defendant. | ) | 8:12CV124 VERDICT FORM |

**A. Prism Technologies LLC's ("Prism's) Infringement Claims Against T-Mobile USA, Inc., ("T-Mobile").**

**Question 1:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its 4G LTE cellular network?
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

U.S. Patent No. 8,127,345

Claim 1: YES ______ NO __X__

Claim 77: YES ______ NO __X__

Claim 87: YES ______ NO __X__

U.S. Patent No. 8,387,155

Claim 11: YES ______ NO __X__

Claim 37: YES ______ NO __X__

Claim 56: YES ______ NO __X__

**Question 2:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its 3G cellular network?
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

U.S. Patent No. 8,127,345

Claim 1: YES ______ NO X

Claim 77: YES ______ NO X

Claim 87: YES ______ NO X

U.S. Patent No. 8,387,155

Claim 11: YES ______ NO X

Claim 37: YES ______ NO X

Claim 56: YES ______ NO X

**Question 3:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its Roaming networks?
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

U.S. Patent No. 8,127,345

Claim 1: YES ______ NO X

Claim 77: YES ______ NO X

Claim 87: YES ______ NO X

U.S. Patent No. 8,387,155

Claim 11: YES ______ NO X

Claim 37: YES ______ NO X

Claim 56: YES ______ NO X

**Question 4:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its IMS Wi-Fi calling network?
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

U.S. Patent No. 8,127,345

Claim 1: YES ______ NO X

Claim 77: YES ______ NO X

Claim 87: YES ______ NO X

U.S. Patent No. 8,387,155

Claim 11: YES ______ NO X

Claim 37: YES ______ NO X

Claim 56: YES ______ NO X

**Question 5:** Did Prism prove by a greater weight of the evidence that T-Mobile infringes any of the following claims of the asserted patents through its UMA Wi-Fi calling network?
**A "yes" is a finding for Prism; a "no" is a finding for T-Mobile.**

U.S. Patent No. 8,127,345

Claim 1: YES ______ NO X

Claim 77: YES ______ NO X

Claim 87: YES ______ NO X

U.S. Patent No. 8,387,155

Claim 11: YES ______ NO X

Claim 37: YES ______ NO X

Claim 56: YES ______ NO X

**If you have answered "NO" to all the claims in questions 1, 2, 3, 4, and 5 then you have concluded your deliberations and your foreperson should sign and date the verdict form, and return the verdict to the Court. If you have answered "YES" to any claims, continue to Part B below.**

**B. T-Mobile's Invalidity Defenses Against U.S. Patent Nos. 8,127,345 and 8,387,155.**

**Question 6:** Did T-Mobile prove by clear and convincing evidence that any of the following claims of the asserted patents are invalid because they are anticipated by prior art? **A "yes" is a finding for T-Mobile; a "no" is a finding for Prism.**

U.S. Patent No. 8,127,345

Claim 1: YES ______ NO________

Claim 77: YES ______ NO________

Claim 87: YES ______ NO________

U.S. Patent No. 8,387,155

Claim 11: YES ______ NO________

Claim 37: YES ______ NO________

Claim 56: YES ______ NO________

**Question 7:** Did T-Mobile prove by clear and convincing evidence that any of the following claims of the asserted patents are invalid because the prior art makes them obvious? **A "yes" is a finding for T-Mobile; a "no" is a finding for Prism.**

U.S. Patent No. 8,127,345

Claim 1: YES ______ NO________

Claim 77: YES ______ NO________

Claim 87: YES ______ NO________

U.S. Patent No. 8,387,155

Claim 11: YES ______ NO_______

Claim 37: YES ______ NO_______

Claim 56: YES ______ NO_______

**Question 8:** Did T-Mobile prove by clear and convincing evidence that any of the following claims of the asserted patents are invalid due to lack of adequate written description? **A "yes" is a finding for T-Mobile; a "no" is a finding for Prism.**

U.S. Patent No. 8,127,345

Claim 1: YES ______ NO_______

Claim 77: YES ______ NO_______

Claim 87: YES ______ NO_______

U.S. Patent No. 8,387,155

Claim 11: YES ______ NO_______

Claim 37: YES ______ NO_______

Claim 56: YES ______ NO_______

**Proceed to Part C below if you have found one or more of the asserted claims to be infringed (Questions Nos. 1-5) AND that the claim or claims are not invalid (Questions Nos. 6-8). Otherwise, skip part C, sign and date the verdict form, and return the verdict to the Court.**

**C. Damages for the Infringement of Prism's Valid Patent Claims**

What sum of money, if any, do you find that Prism has proven by a greater weight of the evidence is adequate to compensate Prism for T-Mobile's infringement of U.S. Patent No.8,127,345 and/or U.S. Patent No. 8,387,155?

$____________________________________________

DATED this 30th day of October, 2015.

FOREPERSON