8:12CV124

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
OCT 30 2015
OFFICE OF THE CLERK

1) Instruction No 14 (i) defines an Internet Protocol Network to mean an untrusted network using an protocol of the Internet Protocol Suite including at least one IP, TCP/IP, UDP/IP, HTTP, and HTTP/IP where untrusted is defined as a public network with no controlling organization, with the path to access the network being undefined and the "USER" being anonymous. (Emphasis Added).

Can you please define the word USER or who is the USER?

Foreperson 10-29-15

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE USA INC., | ) | |
| | ) | |
| Defendant. | ) | |

The Court has previously defined certain terms. For any terms for which I have not provided you a definition, you should apply the ordinary meaning. See Instruction No. 14.

DATED this 29th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court