IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE USA, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension (Filing No. 586) and amended motion for extension (Filing No. 587). The Court finds the extension should be granted. Accordingly,

IT IS ORDERED:

1) The motion for extension (Filing No. 586) is denied as moot;

2) The amended motion for extension (Filing No. 587) is granted; plaintiff shall have until December 4, 2015, to file its brief and evidence in opposition to T-Mobile's motion for judgment as a matter of law.

DATED this 16th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court