IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV124 |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, T-Mobile USA, Inc., and against the Plaintiff, Prism Technologies. Plaintiffs' complaint is dismissed with prejudice, and costs are taxed to the plaintiff.

DATED this 20th day of November , 2015.

DENISE M. LUCKS
Clerk of Court

By s/ Mary Roundtree
Deputy Clerk