IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )          8:12CV124
                              )
         v.                   )
                              )
T-MOBILE USA, INC.,           )          ORDER
                              )
            Defendant.        )
_____)


        This matter is before the Court on defendant's motion
to withdraw attorneys (Filing No. 670).  The Court finds the
motion should be granted.  Accordingly,

        IT IS ORDERED that the motion is granted.  Michael J.
Abernathy and Brian J. Arnold of the law firm of K&L Gates LLP
are deemed withdrawn as counsel for Sprint Spectrum, L.P., d/b/a
Sprint PCS.  The clerk of court shall remove their names from
CM/ECF.

        DATED this 3rd day of March, 2016.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court