IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE USA, INC., | ) | ORDER NUNC PRO TUNC |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to withdraw attorneys (Filing No. 670). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Michael J. Abernathy and Brian J. Arnold of the law firm of K&L Gates LLP are deemed withdrawn as counsel for T-Mobile USA, Inc. The clerk of court shall remove their names from CM/ECF.

DATED this 3rd day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court