IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE USA INC., | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Prism's renewed motion for judgment as a matter of law (Filing No. 634) is denied.

2) T-Mobile's renewed motion for judgment as a matter of law (Filing No. 614) is denied.

3) Prism's motion for new trial (Filing No. 609) is denied.

4) T-Mobile's motion for attorney fees (Filing No. 622) is denied.

DATED this 6th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court