# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-2031, 16-2049

**PRISM TECHNOLOGIES LLC,**

*Plaintiff - Appellant*

v.

**T-MOBILE USA, INC.,**

*Defendant - Cross-Appellant*

Appeals from the United States District Court for the District of Nebraska in No. 8:12-cv-00124-LES-TDT, Senior Judge Lyle E. Strom.

## MANDATE

In accordance with the judgment of this Court, entered June 23, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $846.96 were determined and taxed against the appellant.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Paul J. Andre
Mark Baghdassarian
Andre J. Bahou
Jordan Bekier
Jonathan Caplan
Clerk of Court, District of Nebraska (Omaha)
Katherine Quinn Dominguez
Blaine H. Evanson
Aaron M. Frankel
Michael T. Hilgers
Lisa Kobialka
Josh Krevitt
Cristina Martinez
Daniel J. Thomasch